IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEE CRAFT,<br><br>    Petitioner,<br><br>vs.<br><br>GEORGE STRATTON, Warden,<br><br>    Respondent. | No. C 04-4226 JSW (PR)<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>(Docket Nos. 25, 26) |

    Petitioner, a prisoner of the State of California, filed a pro se petition for a writ of habeas corpus. On January 12, 2005, the Court issued an order to show cause why the writ should not issue. On July 13, 2005, Respondent filed an answer to the petition, a memorandum of points and authorities in opposition to the petition, and a notice of lodging of record (docket nos. 19-21). An affidavit of service attached to the answer attests to the service of those documents on Petitioner by an employee of the Office of the Attorney General.

    Petitioner now moves for entry of a default judgment based on the failure of Respondent to provide him with a copy of the memorandum of points and authorities and of all documents filed with the Court in this case. Petitioner references the Court's order to show cause (docket no. 4), which ordered Respondent to file with the Court and serve on Petitioner "a copy of all portions of the state trial record that have been transcribed previously and that are relevant to determination of the issues presented by the petition." *Id.* at 3.

1  Granting a default judgment in a habeas case is generally not appropriate.  *See*
2  *Cristobal v. Siegel*, 26 F.3d 1488, 1494-95 & n.4 (9th Cir. 1994) (district court may not
3  grant summary judgment solely because no opposition filed); *Bleitner v. Welborn*, 15
4  F.3d 652, 653 (7th Cir. 1994) (default judgment disfavored in habeas corpus cases).  As
5  such, Petitioner's motion is DENIED (docket nos. 25, 26).  However, Respondent is
6  hereby ordered to serve on Petitioner a copy of the memorandum of points and authorities
7  (docket no. 22) and a copy of the record lodged with the Court within fifteen (15) days of
8  the date of this order and to file with the Court proof of service on Petitioner.  Petitioner
9  may file and serve a supplemental traverse, if he so chooses, within thirty (30) days of his
10 receipt of these documents from Respondent.

11 IT IS SO ORDERED.

12 DATED: May 14, 2007

   _____
   JEFFREY S. WHITE
13 United States District Judge