IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES LEE CRAFT, | ) | No C 04-4226 JSW (PR) |
| Petitioner, | ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| vs. | ) | |
| GEORGE STRATTON, Warden, | ) | (Docket No. 37) |
| Respondent. | ) | |

Petitioner, a prisoner of the State of California incarcerated at High Desert State Prison, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition was denied on its merits. Petitioner has filed a notice of appeal, which the Court construes as including a request for a certificate of appealability ("COA") (docket no. 37).

Upon the filing of a notice of appeal and a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). (citing 28 U.S.C. § 2253(c)(3)). A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability is DENIED.

1    The Clerk of Court shall forward this order, along with the case file, to the United

2  States Court of Appeals for the Ninth Circuit.  Petitioner may also seek a certificate of

3  appealability from that court.  *See Asrar,* 116 F.3d at 1270.

4        This order terminates Docket No. 37.

5        IT IS SO ORDERED.

6  DATED: May 28, 2008

7                                        _____

8                                        JEFFREY S. WHITE
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CRAFT,

          Plaintiff,

  v.

STRATTON et al,

          Defendant.

—————————————————/

Case Number: CV04-04226 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles L. Craft
P96662
P.O. Box 5103
Delano, CA 93216

Dated: May 28, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk